
RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 23 2024

KEVIN P. WEIMER, Clerk
By: _____ Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

MONTANIQUE LATRICE SUTTON

      Plaintiff,

V.

JAMES STRICKLAND-LUCAS, FULTON COUNTY
SHERIFF DEPARTMENT, ATLANTA POLICE
DEPARTMENT, FANI WILLIS, BRIAN WATKINS,
CITY OF ATLANTA GEORGIA, AND THE FULTON
COUNTY DISTRICT ATTORNEY'S OFFICE

      Defendants.

Civil Action No. 1 :24-CV-0325

## **COMPLAINT**
## **USE OF DEADLY FORCE**

COMES NOW the Plaintiff MONTANIQUE LATRICE SUTTON, by and through her undersigned as MONTANIQUE LATRICE SUTTON/PRO SE for her complaint against Defendants JAMES STRICKLAND-LUCAS, ATLANTA POLICE DEPARTMENT, FULTON COUNTY SHERIFF DEPARTMENT, FULTON COUNTY DISTRICT ATTORNEY'S OFFICE, CITY OF ATLANTA, FANI WILLIS, BRIAN WATKINS AND THE CITY OF ATLANTA, GEORGIA hereby states and alleges as follows:

### **NATURE OF ACTION**

January 23, 2022, the Plaintiff MONTANIQUE LATRICE SUTTON Uncle BOBBY LEE SUTTON was shot in the chest 2 times and 1 time in the abdomen on January 23, 2022, by FULTON COUNTY DEPUTY SHERIFF JAMES STRICKLAND-LUCAS. BOBBY

1

LEE SUTTON succumbed from his injuries on January 23, 2022. JAMES STRICKLAND-LUCAS stated to authorities and said that he killed an intruder at his Southwest Atlanta home, but he followed BOBBY LEE SUTTON as he walked down the street and murdered BOBBY LEE SUTTON in the woods, so no witnesses could see inside of the woods. JAMES STRICKLAND-LUCAS is known for having break ins and using excessive force, lacking appropriate judgment while performing his duties to protect and service. Due to multiple break ins JAMES STRICKLAND-LUCAS was instructed to call the Atlanta Police Department (Zone 3) instead of taking matters into his own hands. The excessive use of deadly force is not justified according to **Universal Citation:** GA Code § 16-3-21 (2020) A person is not justified in using force under the circumstances specified in subsection (a) of this Code section if he:

1. Initially provokes the use of force against himself with the intent to use such force as an excuse to inflict bodily harm upon the assailant;

2. Is attempting to commit, committing, or fleeing after the commission or attempted commission of a felony; or

3. Was the aggressor or was engaged in a combat by agreement unless he withdraws from the encounter and effectively communicates to such other person his intent to do so and the other, notwithstanding, continues or threatens to continue the use of unlawful force.

2. Any rule, regulation, or policy of any agency of the state or any ordinance, resolution, rule, regulation, or policy of any county, municipality, or other political subdivision of the state which is in conflict with this Code section shall be null, void, and of no force and effect.

2

3. In a prosecution for murder or manslaughter, if a defendant raises as a defense a justification provided by subsection (a) of this Code section, the defendant, in order to establish the defendant's reasonable belief that the use of force or deadly force was immediately necessary, may be permitted to offer:

   1. Relevant evidence that the defendant had been the victim of acts of family violence or child abuse committed by the deceased, as such acts are described in Code Sections 19-13-1 and 19-15-1, respectively; and

   2. Relevant expert testimony regarding the condition of the mind of the defendant at the time of the offense, including those relevant facts and circumstances relating to the family violence or child abuse that are the bases of the expert's opinion.

Due to the excessive use of deadly force injuries that caused the death of BOBBY LEE SUTTON had an immediate and profound effect on his life that caused his death. For these injuries, MONTANIQUE LATRICE SUTTON seeks 28,000,000 Million in damages pursuant to 42 U.S.C. 1983 and 1988 and the Sixth Amendment to the United States Constitution, and under the laws of the State of Georgia.

## JURISDICTION AND VENUE

Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 and 1343 because the controversy arises under the U.S. Constitution and 42 U.S.C. § 1983. This Court has authority to award attorney's fees pursuant to 42 U.S.C. § 1988. 13. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2) because the events giving rise to this complaint happened in this district. .

3

6 See, e.g., Nikole Hannah-Jones, Yes, Black America Fears the Police. Here's Why, ProPublica, Mar. 4, 2015, https://www.propublica.org/article/yes-black-america-fears-the-police-heres-why; Rick Jervis, Who are police protecting and serving? Law enforcement has history of violence against many minority groups, USA Today, Jun. 13, 2020, https://www.usatoday.com/story/news/nation/2020/06/13/mistrust-police-minority-communities-hesitantcall-poli ce-george-floyd/5347878002/; Dawn Butler, Black people should not be scared to phone the police when they need help – but I was, MetroUK, Aug. 8, 2020, https://metro.co.uk/2020/08/08/black-people-should-not-be-scaredphone-police-when-need-help-13098631/.

Respectfully submitted,

MONTANIQUE SUTTON 01.23.2024

## VERIFICATION

I hereby declare, verify, certify and state, pursuant to the penalties of perjury under the laws of the United States, and by the provisions of 28 USC § 1746, that all of the above and foregoing representations are true and correct to the best of my knowledge, information, and belief.

Executed at Atlanta, Georgia, this _

4

Respectfully submitted,

MONTANIQUE SUTTON 01.23.2024

# EXHIBITS

# GEORGIA DEATH CERTIFICATE

State File Number **2022GA000011778**

| 1. DECEDENT'S LEGAL FULL NAME (First, Middle, Last)<br>**BOBBY LEE SUTTON** | 1e. IF FEMALE, ENTER LAST NAME AT BIRTH | 2. SEX<br>**MALE** | 2a. DATE OF DEATH (Mo., Day, Year)<br>**ACTUAL DATE OF DEATH 01/23/2022** |
|---|---|---|---|

| 3. SOCIAL SECURITY NUMBER<br>**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** | 4a. AGE (Years)<br>**59** | 4b. UNDER 1 YEAR<br>Mos. | Days | 4c. UNDER 1 DAY<br>Hours | Mins. | 5. DATE OF BIRTH (Mo., Day, Year)<br>**06/28/1962** |
|---|---|---|---|---|---|---|

| 6. BIRTHPLACE<br>**GEORGIA** | 7a. RESIDENCE - STATE<br>**GEORGIA** | 7b. COUNTY<br>**FULTON** | 7c. CITY, TOWN<br>**UNION CITY** |
|---|---|---|---|

| 7d. STREET AND NUMBER<br>**440 LAVA LANE** | 7e. ZIP CODE<br>**30291** | 7f. INSIDE CITY LIMITS?<br>**NO** | 8. ARMED FORCES?<br>**NO** |
|---|---|---|---|

| 8a. USUAL OCCUPATION<br>**FORKLIFT OPERATOR** | 8b. KIND OF INDUSTRY OR BUSINESS<br>**WAREHOUSE** |
|---|---|

| 9. MARITAL STATUS<br>**NEVER MARRIED** | 10. SPOUSE NAME | 11. FATHER'S FULL NAME (First, Middle, Last)<br>**CISRO BLACKMAN** |
|---|---|---|

| 12. MOTHER'S MAIDEN NAME (First, Middle, Last)<br>**TEMPIE LEE WIMBUSH** | 13a. INFORMANT'S NAME (First, Middle, Last)<br>**MONTANIQUE SUTTON** | 13b. RELATIONSHIP TO DECEDENT<br>**NIECE** |
|---|---|---|

| 13c. MAILING ADDRESS<br>**440 LAVA LANE UNION CITY GEORGIA 30291** | 14. DECEDENT'S EDUCATION<br>**HIGH SCHOOL GRADUATE OR GED COMPLETED** |
|---|---|

| 15. ORIGIN OF DECEDENT(Spanish/Hispanic/Latino)<br>**NO, NOT SPANISH/HISPANIC/LATINO** | 16. DECEDENT'S RACE (White, Black, American Indian, etc.) (Specify)<br>**BLACK OR AFRICAN-AMERICAN** |
|---|---|

| 17a. IF DEATH OCCURRED IN HOSPITAL<br>**INPATIENT** | 17b. IF DEATH OCCURRED OTHER THAN HOSPITAL (Specify) |
|---|---|

| 18. HOSPITAL OR OTHER INSTITUTION NAME (If not in either give street and no.)<br>**GRADY MEMORIAL HOSPITAL** | 19. CITY, TOWN or LOCATION OF DEATH<br>**ATLANTA** | 20. COUNTY OF DEATH<br>**FULTON** |
|---|---|---|

| 21. METHOD OF DISPOSITION (specify)<br>**CREMATION** | 22. PLACE OF DISPOSITION<br>**RIVERDALE CREMATORY 1410 HWY 138 SW RIVERDALE GEORGIA 30296** | 23. DISPOSITION DATE (Mo., Day, Year)<br>**02/15/2022** |
|---|---|---|

| 24a. EMBALMER'S NAME<br>**MATTHEW WALKER** | 24b. EMBALMER LICENSE NO.<br>**4886** | 25. FUNERAL HOME NAME<br>**DORTCH-WILLIAMSON FUNERAL AND CREMATION** |
|---|---|---|

| 25a. FUNERAL HOME ADDRESS<br>**1410 HWY 138 RIVERDALE GEORGIA 30274** |
|---|

| 26a. SIGNATURE OF FUNERAL DIRECTOR<br>**BETTRENA DORTCH** | 26b. FUN. DIR. LICENSE NO<br>**4822** | AMENDMENTS |
|---|---|---|

| 27. DATE PRONOUNCED DEAD (Mo., Day, Year)<br>**01/23/2022** | 28. HOUR PRONOUNCED DEAD<br>**02:06 AM** |
|---|---|

| 29a. PRONOUNCER'S NAME<br>**KAHDI UDOBI** | 29b. LICENSE NUMBER<br>**078646** | 29c. DATE SIGNED<br>**01/23/2022** |
|---|---|---|

| 30. TIME OF DEATH<br>**02:06 AM** | 31. WAS CASE REFERRED TO MEDICAL EXAMINER<br>**YES** |
|---|---|

32. Part I. Enter the chain of events–diseases, injuries, or complications that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, Or ventricular fibrilation without showing the etiology. DO NOT ABBREVIATE.

| | | Approximate interval between onset and death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | A. **GUNSHOT WOUNDS OF THE CHEST AND ABDOMEN** | **MINUTES** |
| | Due to, or as a consequence of | |
| | B. | |
| | Due to, or as a consequence of | |
| | C. | |
| | Due to, or as a consequence of | |
| | D. | |

| Part II. Enter significant conditions contributing to death but not related to cause given in Part 1A. If female, indicate if pregnant or birth occurred within 90 days of death. | 33. WAS AUTOPSY PERFORMED?<br>**YES** | 34. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?<br>**YES** |
|---|---|---|

| 35. TOBACCO USE CONTRIBUTED TO DEATH<br>**UNKNOWN** | 36. IF FEMALE (range 10-54) PREGNANT<br>**NOT APPLICABLE** | 37. ACCIDENT, SUICIDE, HOMICIDE, UNDETERMINED (Specify)<br>**HOMICIDE** |
|---|---|---|

| 38. DATE OF INJURY (Mo., Day, Year)<br>**01/23/2022** | 39. TIME OF INJURY<br>**01:00 AM** | 40. PLACE OF INJURY (Home, Farm, Street, Factory, Office, Etc.) (Specify)<br>**ROADWAY** | 41. INJURY AT WORK? (Yes or No)<br>**NO** |
|---|---|---|---|

| 42. LOCATION OF INJURY (Street, Apartment Number, City or Town, State, Zip, County)<br>**39 SPRINGSIDE DRIVE SE ATLANTA GEORGIA 30354 FULTON** |
|---|

| 43. DESCRIBE HOW INJURY OCCURRED<br>**SHOT BY ANOTHER PERSON** | 44. IF TRANSPORTATION INJURY<br>**NO** |
|---|---|

| 45. To the best of my knowledge death occurred at the time, date and place and due to the cause(s) stated. Medical Certifier (Name, Title, License No.) | 46. On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place and due to the cause(s) stated. Medical Examiner/Coroner (Name, Title, License No.)<br>**/S/ SHERRY JILINSKI MD 58354** |
|---|---|

| 45a. DATE SIGNED (Mo., Day, Year) | 45b. HOUR OF DEATH | 46a. DATE SIGNED (Mo., Day, Year)<br>**02/16/2022** | 46b. HOUR OF DEATH<br>**02:06 AM** |
|---|---|---|---|

| 47. NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH<br>**SHERRY JILINSKI 430 PRYOR STREET SW ATLANTA GEORGIA 30312** |
|---|

| 48. REGISTRAR (Signature)<br>**/S/ CHRISTOPHER JP HARRISON** | 49. DATE FILED - REGISTRAR (Mo., Day, Year)<br>**02/17/2022** |
|---|---|

Form 3903 (Rev. 04/2012), GEORGIA DEPARTMENT OF PUBLIC HEALTH



**FULTON COUNTY**

RE: Denial for Open Records Request

Greetings,

The Fulton County District Attorney's office has received your open records request. After reviewing the request, this office is unable to provide you with the requested record(s).

The basis of the denial is due to statute O.C.G.A. 50-18-72 (a)(4) (this case is open, pending prosecution or investigation).

Sincerely,

Open Records

# OFFICE OF THE FULTON COUNTY DISTRICT ATTORNEY
## ATLANTA JUDICIAL CIRCUIT
## 136 PRYOR STREET SW, 3RD FLOOR
## ATLANTA, GEORGIA 30303

Fani T. Willis
TELEPHONE 404-612-4639
District Attorney

RE: Denial for Open Records Request

Greetings,

The Fulton County District Attorney's office has received your open records request. After reviewing the request, this office is unable to provide you with the requested record(s).

The basis of the denial is due to statute O.C.G.A. 50-18-72 (a)(4) (this case is open, pending prosecution or investigation).

Sincerely,

Open Records

*Atlanta, GA (January 23, 2022)* – The GBI is investigating an officer involved shooting in Atlanta, GA, involving a Fulton County Sheriff's Office deputy. The Atlanta Police Department asked the GBI to conduct an independent investigation on Sunday, January 23, 2022. One man was shot and has died. The deputy sustained a minor injury.

Preliminary information indicates that just before midnight, a Fulton County Sheriff's Office deputy was returning home from work when he received a Ring camera notification that showed a man breaking into his home on Springside Drive, SE, in Atlanta. When he arrived home, he saw the man from the video walking away from the home carrying tools and other items. The deputy was driving his personal car and was still wearing his uniform and equipment. The deputy followed the man as he walked away along an unpaved, gravel road. The man stepped off the road into some woods as the deputy approached. The deputy got out of his car and found the man in the woods. While in the woods, the deputy and

road into some woods as the deputy approached. The deputy got out of his car and found the man in the woods. While in the woods, the deputy and man had an altercation and during this time, the deputy shot the man. Atlanta Police Department officers responding to a 911 call found the deputy performing CPR on the man. The man was transported to Grady Memorial Hospital where he later died. The deputy suffered a minor ankle injury. The backdoor of the deputy's home had been kicked in and the items found in the woods had been taken from his home.

The identity of the man is pending next of kin notification.

The GBI will conduct an independent investigation. Once complete, it will be turned over to the Fulton County District Attorney's Office for review.

---

## Contact Public and Governmental Affairs Deputy Director

**Natalie Ammons**